UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | Civil Action No. 16-1546 (PGS)<br><br>MEMORANDUM AND ORDER |

　　　　On March 21, 2016, Petitioner Anthony Williams, an inmate currently incarcerated at Essex County Correctional Facility in Newark, New Jersey, filed a petition under 28 U.S.C. § 2241 challenging the computation of his sentence. (ECF No. 1.) Petitioner did not pay the filing fee or alternatively, if he cannot afford the $5.00 filing fee, submit an application to proceed without prepayment of fees (*in forma pauperis* or "IFP"). *See* Local Rule 5.1(f) ("any papers submitted to the Clerk without payment of such fees fixed by statute or by the Judicial Conference of the United States will be marked as received but not filed"). Thus, the Court will administratively terminate this matter, but Petitioner will be allowed to reopen the case by paying the five dollar filing fee for a writ of habeas corpus[1] or by completing the form "Application to Proceed In Forma Pauperis in a Habeas Case," and establishing that he cannot afford to pay the fee.

　　　　IT IS, therefore, on this ___30___ day of ___March___, 2016

　　　　ORDERED that the Clerk shall administratively terminate this matter; and it is further

---

[1] The filing fee is established by 28 U.S.C. § 1914(a).

ORDERED that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608; Petitioner's writing shall include either: (1) a completed *in forma pauperis* application or (2) the $5 filing fee; and it is further

ORDERED that the Clerk shall serve this Order upon Plaintiff by regular U.S. Mail, together with a blank form "Prisoner Applying to Proceed In Forma Pauperis in a Habeas Corpus Case."

_____
Peter G. Sheridan, U.S.D.J.